IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| KYRT M. WENTZELL and § | | |
| RHONDA E. WENTZELL § | | PLAINTIFFS |
| § | | |
| § | | |
| v. § | | Civil Action No. 1:14cv182-HSO-RHW |
| § | | |
| § | | |
| JPMORGAN CHASE BANK, § | | |
| NATIONAL ASSOCIATION § | | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion to Dismiss [3] filed by Defendant JPMorgan Chase Bank, National Association. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 9th day of February, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE